**Norman DOUGLAS, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33718.**

Missouri Court of Appeals,
Western District.

March 15, 1983.

David M. Strauss, Public Defender, Russell C. Still, Asst. Public Defender, 13th Judicial Circuit, Columbia, for movant-appellant.

John Ashcroft, Atty. Gen., Nancy K. Baker, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, C.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from judgment denying post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).